IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-02863-CMA-BNB

PHILIP A. PRICE,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulated Motion To Dismiss With Prejudice (Doc. # 23) signed by the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE.

DATED: March __03__, 2011

                BY THE COURT:

                *Christine M Arguello*

                _____
                CHRISTINE M. ARGUELLO
                United States District Court Judge